Beilal Chatila, SBN 314413
CHATILA LAW, LLP
3645 W. Atwater Avenue
Fresno, CA 93711
Office: (888) 567-9990
Facsimile: (888) 509-2870
email: chatilalaw@gmail.com

Attorneys for Plaintiff,
DEMETRE AUSTIN

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRE AUSTIN, | Case No.:   2:25-cv-02212-DJC-JDP |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL** |
| UNITED PARCEL SERVICE, | **Judge: Hon. Daniel J. Calabretta** |
| Defendant. | |

Plaintiff Demetre Austin and United Parcel Service hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, based on a settlement between the parties.

**CHATILA LAW, LLP**

Dated:  October 22, 2025         /S/ BEILAL CHATILA
_____
                                  BEILAL CHATILA
                                  Attorneys for Plaintiff Demetre Austin

**DINSMORE & SHOHL, LLP**

Dated:  October 22, 2025         /S/ ROBERT D. PRINE
_____
                                  ROBERT D. PRINE
                                  Attorneys for Defendant United Parcel Service

1

**Order Of Dismissal**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party being settle. The Clerk is directed to close the file.

Dated: October 23, 2025                     /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE